171 A.3d 618

**TURNER–BEY, Shahid**

v.

**STATE of Maryland**

**Pet. Docket No. 285, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

Opinion of the Court of Special Appeals unreported (No. 1144, Sept. Term, 2016).

Petition for writ of certiorari denied.

171 A.3d 618

**WILLIAMS, Duane Lamar**

v.

**STATE of Maryland**

**Pet. Docket No. 211, Sept. Term, 2017**

Court of Appeals of Maryland.

October 20, 2017

Opinion of the Court of Special Appeals unreported (No. 2423, Sept. Term, 2014).

Petition for writ of certiorari and conditional cross-petition both denied.